1

FILED

SEP 30 2010

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re Maria Griselda Saucedo

Case No. 10-60044-B-7

Debtor(s).
_______________________________/

**ORDER ON DEBTOR(S)' APPLICATION FOR WAIVER OF**
**☑ THE CHAPTER 7 FILING FEE ☐ AMENDMENT FEE**

Good cause appearing,

**IT IS ORDERED THAT** the application be:

☐ **GRANTED.**

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

☑ **DENIED,** based on the following finding:

☐ The income exceeds 150% of the applicable United States Department of Health and Human Services (DHHS) Poverty Guidelines.

☐ Debtor(s) is/are not eligible for a fee waiver - 28 U.S.C. § 1930(f).

☒ Other: Debtor's counsel has failed to respond to the clerk's office request to submit a proposed order

☒ The clerk's office shall issue an Order Approving Payment of Filing Fee in Installments.

☐ **SCHEDULED FOR HEARING.**

The clerk's office shall schedule a hearing on the application to take place after the scheduled meeting of creditors and shall transmit a Notice of Hearing to debtor(s), debtor(s)' attorney, the chapter 7 trustee, and the United States Trustee.

DATED: 9/30/10

United States Bankruptcy Judge

EDC 6-B3B (Rev. 9/09)____

10