FILED
February 09, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003271262

3

MARK L. POPE, #182769
Assistant United States Trustee
GREGORY S. POWELL #182199
ROBIN TUBESING #26680-49 [Indiana]
United States Department of Justice
Office of the United States Trustee
2500 Tulare Street, Suite 1401
Fresno, CA 93721
Telephone: (559) 487-5002
Telecopier: (559) 487-5030

Attorneys for August B. Landis,
Acting United States Trustee

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>MARIA GRISELDA SAUCEDO,<br><br><br><br><br>Debtor. | Case No. 10-60044-B-7<br>Chapter 7<br>DC No. UST-1<br><br>Date: April 7, 2011<br>Time: 10:00 a.m.<br>Place: U.S. Bankruptcy Court<br>1300 18th Street, Suite A<br>Bakersfield, California<br><br>Judge: W. Richard Lee |

**DECLARATION OF GREGORY S. POWELL IN SUPPORT OF UNITED STATES TRUSTEE'S MOTION FOR REVIEW OF FEES PURSUANT TO 11 U.S.C. § 329**

I, Gregory S. Powell, do declare as follows:

1. I am a Trial Attorney employed by the United States Department of Justice, Office of the United States Trustee, in Fresno, California, and the attorney of record for the United States Trustee in this case. I am duly admitted to practice before this court and all courts in the State of California. This declaration is based upon facts of which I have personal knowledge, as well as judicially-noticeable facts, such as filing dates, apparent from the court's records in this proceeding. This declaration is made in my official capacity as a representative of the United States Trustee, without waiving the attorney client privilege or the work product privilege.

2. A voluntary petition for liquidation under chapter 7 was filed by attorney Lux on

1

behalf of the Debtor on August 30, 2010 (the "Petition Date".) Lux signed the petition with "/s/" as counsel of record for the Debtor.

3. Filed with the petition was an attorney's Disclosure of Compensation stating the Debtor agreed to pay Carl A. Lux $899 in relation to this case.[1] See concurrently filed *Request For Judicial Notice,* **Exhibit "1"** - copy of the Disclosure of Compensation filed in this case.

4. Also on August 30, 2010, an application for waiver of the chapter 7 filing fee was filed on behalf of the Debtor.

5. The docket in this case shows that the Bankruptcy Court Clerk "[c]ontacted Barbara from the Law Office of Carl Lux on 8/31/2010 regarding the failure to submit a proposed Order" on the fee waiver application. See concurrently filed *Request For Judicial Notice,* **Exhibit "2"** - copy of the docket in this case.

6. On September 30, 2010, an order was entered denying the application for fee waiver because "Debtor's counsel has failed to respond to the clerk's office request to submit a proposed order". *Request for Judicial Notice,* **Exhibit "3"** - copy of Order denying the Debtor's fee waiver application.

7. On October 1, 2010, an Order approving payment of filing fee in installments was entered, with the first payment due on November 1, 2010. A review of the docket in this case indicates that no payment was made on the chapter 7 filing fee.

8. The 341(a) meeting of creditors was held and concluded on October 26, 2010, and the last day to oppose discharge was December 27, 2010.

9. On January 26, 2011, a new application for waiver of the chapter 7 filing fee was filed on behalf of the Debtor. This second fee waiver application was granted on February 7, 2011.

10. The Debtor's discharge was entered on February 9, 2011.

---

[1] It is unclear from the record whether the Debtor paid has paid any of the agreed fees to Lux. The Disclosure of Compensation states the $899 was agreed to be paid, but also indicates at number 2. that the "source of the compensation paid to me was" the Debtor. Further, the Statement of Financial Affairs, at number 9., indicates there was no payment in relation to the bankruptcy case within 1 year before the case was filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: January 31, 2011.	    /s/
	Gregory S. Powell

	E-filer: Gregory S. Powell
	Attorney for August B. Landis,
	Acting United States Trustee

	Direct phone: 559-487-5002 x225
	E-mail: greg.powell@usdoj.gov